UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONALD W. LYNCH ) | |
| ) | |
| ) | |
| v. ) | NO. 3:10-0580 |
| ) | JUDGE CAMPBELL |
| KEN FORSYTHE ) | |

ORDER

Pending before the Court is the Magistrate Judge's Report And Recommendation (Docket No. 9), to which no objections have been filed. The Court has reviewed the Report and Recommendation and the entire file in this case. The Report and Recommendation is adopted and approved.

Accordingly, the complaint is DISMISSED, pursuant to 28 U.S.C. § 1915(e)(2), for failure to state a claim upon which relief can be granted.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE